# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

SEGUNDO MARCIAL SAETEROS CAMPOVERDE,
INDIVIDUALLY AND IN BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

ALEX FIGLIOLIA WATER & SEWER LLC AND
ALEXANDER FIGLIOLIA, JOINTLY AND SEVERALLY

Defendant(s)
Respondent(s)

INDEX #:
15 CV 7353
DATE FILED:
12/28/2015

---

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/20/2016, 08:43AM at 105 MIDDLETOWN ROAD, HOLMDEL NJ 07733, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on ALEXANDER FIGLIOLIA, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 72   Approximate height 5'09"   Approximate weight 184   Color of skin WHITE   Color of hair BLACK & GRAY
Other MUSTACHE & NJ LICENSE PLATE #S: L37ETK, GUP2212 &   GWR6743

ALEXANDER FIGLIOLIA told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER,
P.C.
277 BROADWAY
SUITE # 408
NEW YORK, NY  10007
(212)229-2249

TONY CONIGLIARO / License # 1220476

Sworn to before me on 05/20/2016
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017